United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **PHALITA PUN**, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-676** |
| | § | |
| **MIGUEL VERGARA,** in his official | § | |
| capacity, Field Office Director of | § | |
| Enforcement and Removal Operations, | § | |
| *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner Phalita Pun's "Motion for Voluntary Dismissal". Dkt. No. 4. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner's claims against Respondents are **DISMISSED WITHOUT PREJUDICE**. The parties will bear their own attorney's fees, expenses, and costs of the Court.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**SIGNED** on this **30th** day of **June, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III
United States Magistrate Judge**